No. 168. TIMKEN ROLLER BEARING COMPANY *v.* PENNSYLVANIA RAILROAD COMPANY; and

No. 178. THOMAS P. GOODBODY, AS RECEIVER OF THE HYDRAULIC STEEL COMPANY *v.* PENNSYLVANIA RAILROAD COMPANY. Error to the District Court of the United States for the Northern District of Ohio. Argued February 25, 1927. Decided February 28, 1927. *Per Curiam.* Dismissed for lack of jurisdiction in this Court on the authority of *Transportes Maritimos Do Estado* v. *Almeida,* 265 U. S. 104, 105, and *Oliver American Trading Co.* v. *United States of Mexico,* 264 U. S. 440, 442. *Messrs. Luther Day, Rufus Day, William L. Day,* and *Donald W. Kling* for plaintiffs in error, submitted. *Mr. Andrew P. Martin,* with whom *Messrs. Frederic D. McKenney, Thomas M. Kirby,* and *Andrew Squire* were on the brief, for defendant in error.

---

No. 172. GEORGE F. PAWLING & COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued February 28, March 1, 1927. Decided March 7, 1927. *Per Curiam.* Affirmed on the authority of *Robinson* v. *United States,* 261 U. S. 486. *Mr. James Craig Peacock,* with whom *Mr. John W. Townsend* was on the brief, for petitioner. *Assistant Attorney General Galloway,* with whom *Solicitor General Mitchell* was on the brief, for the United States.